<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 11-1939**

———————————

MARIE ASSA'AD-FALTAS,

          Plaintiff – Appellant,

      v.

COLUMBIA, THE CITY OF, South Carolina; MEMBERS OF THE CITY'S
COUNCIL; J. STEADLY BOGAN, Judge for Columbia's Municipal
Court, solely in their official capacities and solely for
injunctive relief; DANA DAVIS TURNER, Chief Administrator of
the City's Municipal Court; OFFICER HAMPE; OFFICER KAHL;
ROBERT G. COOPER, Bob; DAVID A. FERNANDEZ; ASSISTANT CITY
ATTORNEYS FOR THE CITY; DEANDREA GIST BENJAMIN, and all
other presently unknown persons and entities necessary for
adjudication of this case in both their official and
individual capacities,

          Defendants – Appellees.

———————————

**No. 11-1940**

———————————

MARIE THERESE ASSA'AD-FALTAS, MD MPH,

          Plaintiff – Appellant,

      v.

ALAN WILSON, Attorney General of South Carolina; GLENN
MCCONNELL, President pro tempore of South Carolina's Senate
and Chair of South Carolina's Judicial Merit Selection
Commission solely in their official capacities and solely
for injunctive relief; JEAN H. TOAL, The Honorable Chief
Justice of South Carolina solely in her ceremonial capacity
and solely for injunctive relief,

          Defendants – Appellees.

No. 11-1941

MARIE THERESE ASSA'AD-FALTAS,

                Petitioner – Appellant,

        v.

STATE OF SOUTH CAROLINA, The; ALAN WILSON, Attorney General;
WARDEN, Alvin S. Glenn Detention Center; COLUMBIA, THE CITY
OF, South Carolina,

                Respondents – Appellees.

Appeals from the United States District Court for the District
of South Carolina, at Columbia.  Terry L. Wooten, District
Judge.   (3:10-cv-03294-TLW;  3:11-cv-00278-TLW;  3:11-cv-00809-
TLW)

Submitted:  April 26, 2012           Decided:  April 30, 2012

Before GREGORY, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marie Therese Assa'ad-Faltas, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Marie Therese Assa'ad-Faltas appeals from the district court's judgments dismissing her several actions against Defendants. Her claims were referred to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (2006). The magistrate judge recommended that the district court dismiss her actions. Assa'ad-Faltas filed objections to the magistrate judge's recommendations, but the district court accepted the recommendations and dismissed her actions.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned that failure to file specific objections will waive appellate review. See Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985). We have limited our review to the issues raised in Assa'ad-Faltas's informal briefs, see 4th Cir. R. 34(b), and to the extent Assa'ad-Faltas filed specific objections to the magistrate judge's recommendations, we affirm the district court's judgments. See Assa'ad-Faltas v. Columbia, SC, No. 3:10-cv-03294-TLW (D.S.C. Aug. 3, 2011); Assa'ad-Faltas v. Wilson, No. 3:11-cv-00278-TLW (D.S.C. July 28, 2011); Assa'ad-Faltas v. South Carolina, No. 3:11-cv-00809-TLW (D.S.C. filed July 27, 2011; entered July 28, 2011). We

3

dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

4